UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 08-cv-00954-RPM
(Criminal Action No. 00-cr-00250-RPM)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARLES TAYLOR,

       Movant.
_____

## ORDER EXTENDING TIME
_____

On May 23, 2008, an order entered requiring the movant to supplement his

motion filed pursuant to 28 U.S.C. § 2255 to demonstrate any basis for finding that his

motion is not time barred.  On June 25, 2008, the Court received the movant's request,

dated June 23, 2008, to extend the time to respond beyond the June 30, 2008, date set

in the order.  The reason given is the statement that the law library at the facility where

Mr. Taylor is housed has been closed and he does not know when it will open.  Access

to the law library is not necessary for Mr. Taylor to respond to this Court's order.  The

order directs that he provide factual support for his contention that he could not file his

motion within the one year period because the facts supporting his claim hadn't

developed.  Those facts should be within Mr. Taylor's knowledge.  Given the proximity

of the expiration of the time granted by this Court's order, an extension will be granted

to July 21, 2008.  Accordingly, it is

ORDERED that the time within which the plaintiff shall respond to the order of

May 23, 2008, is extended to July 21, 2008.

DATED: June 26th, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Judge

<u>CERTIFICATE OF SERVICE</u>

Re:    Civil Action No. 08-cv-00954-RPM
       (Criminal Action No. 00-cr-00250-RPM)

       The undersigned certifies that a copy of the foregoing Order was served on June 26, 2008, by depositing the same in the United States Mail, postage prepaid, addressed to:

Charles D. Taylor
#111433
P. O. Box 6000
Sterling, CO 80751

                         GREGORY L. LANGHAM, Clerk


                         By_____
                              Deputy