UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 08-cv-00954-RPM
(Criminal Action No. 00-cr-00250-RPM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLES TAYLOR,

        Defendant/Movant.
_____

ORDER FOR TRANSCRIPT
_____

To enable the Court to evaluate the motion of defendant Charles D. Taylor to

vacate the sentence imposed by this Court on May 4, 2001, pursuant to his plea of

guilty to Count I of the Superseding Indictment, entered on February 14, 2001, based on

his contention that he was misled by his attorney concerning whether his federal

sentence would be concurrent with a state sentence, it is

ORDERED that a transcript of the sentencing hearing on May 4, 2001, be

prepared and filed with a copy to Mr. Taylor.

DATED: October 22nd , 2008

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Judge

## CERTIFICATE OF SERVICE

Re:     Civil Action No. 08-cv-00954-RPM
        (Criminal Action No. 00-cr-00250-RPM)


    The undersigned certifies that a copy of the foregoing Order was served on October 22, 2008, by depositing the same in the United States Mail, postage prepaid, addressed to:

Charles D. Taylor
#111433
P. O. Box 6000
Sterling, CO 80751

                    GREGORY L. LANGHAM, Clerk

                            s/M. V. Wentz
                  By_____
                            Deputy