UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 08-cv-00954-RPM
(Criminal Action No. 00-cr-00250-RPM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES TAYLOR,

    Defendant.

_____

ORDER DENYING PETITION TO REHEAR MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
_____

    Upon consideration of the Petition to Rehear Motion to Vacate, Set Aside or Correct Sentence [123], filed on January 26, 2009, it is

    ORDERED that the motion is denied.

    DATED: February 13th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge