UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Action No. 00-cr-00250-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARLES TAYLOR,

       Defendant.

_____

## ORDER DIRECTING A RESPONSE

_____

In *United States v. Charles Taylor,* 00-cr-00250-RPM, this Court imposed a sentence of imprisonment for a period of 21 months, and judgment entered on May 4, 2001. The defendant appeared on writ from Arapahoe County at the time of the sentencing hearing  Subsequent to entry of judgment, the defendant was returned to state custody and sentenced on pending charges in state court. According to the defendant, the state sentences were to be concurrent with the federal sentence. At the time of imposition of the federal sentence in this case, no state sentence had yet been imposed and this Court could not order a concurrent sentence. The defendant is apparently being held by the U.S. Marshal's Service at the Teller County Jail awaiting designation by the Bureau of Prisons. Mr. Taylor has requested this Court to make a recommendation to the Bureau of Prisons, *nunc pro tunc,* to designate the Colorado State Department of Corrections as his place of confinement. (Letter attached)

The defendant was held in state custody to serve the state sentences until June 8, 2009, when he was released to the U.S. Marshal's detainer.

It appearing that the intention of the state courts to impose concurrent sentences will not be accomplished unless the Bureau of Prisons designates the Colorado Department of Corrections institutions as the designated place of service of this Court's sentence thereby determining that the sentence has been served, it is

ORDERED that the United States Attorney's Office has to and including October 30, 2009, to respond to Mr. Taylor's request.

DATED:   October 16, 2009

BY THE COURT:

Richard P. Matsch, Senior District Judge

August 2, 2009


The Honorable Judge Richard P. Match
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RE:Charles D. Taylor- Case #00-CR-250-M

Judge Match:


I am writing this letter to ask you to please recommend to the BUREAU OF PRISONS that
they designate my place of confinement as the Colorado Department of Corrections,
nunc pro tunc.

On May 4, 2001 this Honorable Court sentenced me to a 21 month term of imprisonment

At the time of the sentencing I was still litigating unresolved state charges, and  my
attorney Lindy Frolich asked that the Court sentence me concurrently with the " yet
to be imposed" state sentences.
The Court correctly stated that they were without jurisdiction to do so and further
stated, " And, it may be that other jurisdictions before  whom youare  to appear may
consider, of course, this sentence and determine, upon findings of guilty, if there
are such, whether it's appropriate to tailor any state sentences to the federal. I
leave that to them, of course.  That's thier choice."(Please see the sentencing
transcripts, dated May 4, 2001,pg. 13, lines 6-11.)


Well your Honor the state did tailor there sentences to the federal sentence as part of
a plea bargain I reached in those cases.  The record clearly reflects that my state sentences
were and still are to be run concurrently with my federal sentence.(Please see Arapahoe
County District Court, 00-CR-1435, 00-CR-1477, and 99-CR-2172)  However, even with both
this Courts ruling and the State Courts ruling that my sentences should be served
concurrently they have not been.  I have completed my entire state sentence and even now
as I write this letter am still waiting to begin service of a sentence that is over
8 years old.
Your Honor I understand that I have done some very serious crimes and negatively affected
alot of innocent peoples lives.  I have created alot of victims and I am very and trully
remorseful for my past behavior.

(continued on next page)

I am not writing this letter because I am good person or because I deserve lienency.
During the last 9 years that I have been incarcerated I have been busy dealing with
the real  issues that caused me to behave in a wholly unacceptable way including
graduating a very intensive drug treatment program.  I have a strong support system in
place including a church sponsered mentor and a determined family.  I have made good
use of the time I've spent incarcerated.

Your Honor because of the mere order in which I was sentenced it was not proper
proceedurily for my sentences to be run concurrently but ther is a remedy. (Please
see Romandine V. United States, 206 F. 3d 731 (C.A. 7 Wis. 2000), Barden V. Keohane,
921 F. 2d 476 (3rd Cir. 1990)

In summation, this Court gave the State Court the right to run there sentences
concurrently with the Federal sentence and the State Court chose to do just that.
Those descions, both yours and the states has been invalidated however because of a
simple problem with procedure.  Now I pray that this Court will correct that error by
recommending to the Bureau of Prisons that they designate my place of confinement as
the Colorado State Department of Corrections, nunc pro tunc, thus making my state and
federal sentences concurrent as orginally  ordered.  I have served over 9 years
of incarceration in an uninterupted manner and I am begging this Court to have mercy
on me.  Your Honor  there is a wholly proper and legitimate remedy for this long
standing error please do not turn away from it.  Thank you.

Respectfully Submitted,

Charles D. Taylor
Teller County Jail
P.O. Box 730
Divide, Colorado 80814

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing Order Directing a Response was mailed via U. S. Mail to the following:

Charles D. Taylor
Teller County Jail
P. O. Box 730
Divide, Colorado 80814

DATED: October 16, 2009

GREGORY C. LANGHAM, Clerk

By _____
                Deputy