IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00250-RPM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CHARLES TAYLOR,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY**

---

       THIS MATTER is before the Court upon report of the probation officer regarding the defendant's conduct while on supervision. Upon review of the records herein and the report of the Court's probation officer, It is

       ORDERED that defendant's supervised release is terminated unsatisfactorily.

       DATED at Denver, Colorado, this 14 day of November, 2013.

BY THE COURT:

RICHARD P. MATSCH
Senior U.S. District Judge